COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Larry Richard v. The State of Texas

Appellate case number:   01-14-00072-CR, 01-14-00073-CR

Trial court case number:   1233998, 1401120

Trial court:                        185th District Court of Harris County

Appellant, Larry Richard, has filed a "Motion to Abate," requesting that we remove the case from the Court's docket until the trial court has prepared findings of fact and conclusions of law on appellant's motion to suppress. We deny the motion.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:_/s/ Terry Jennings

☑ Acting individually     ☐ Acting for the Court

Date:  September 16, 2014